FILED
February 10, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____SAJ_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § | Cause No.:   **DR-21-CR-00212-AM**  <br><br>**INDICTMENT**  <br><br>[Vio: COUNT ONE: 18 U.S.C. § 111 (a)(1) & (b)- Assaulting, Resisting or Impeding Certain Officers or Employees; COUNT TWO: 19 U.S.C. § 1459(a), Failure to Comply with Reporting Requirements.] |
| v. | | |
| JOSE RAFAEL GOMEZ-DIAZ | | |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 111(a)(1) & (b)]

On or about January 18, 2021, in the Western District of Texas, Defendant,

JOSE RAFAEL GOMEZ-DIAZ,

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent J.C., who is an officer or employee of an agency of the United States, while United States Border Patrol Agent J.C. was engaged in and on account of the performance of his official duties, and such acts involved physical contact with the agent, and Defendant used a deadly and dangerous weapon, to wit: a rock, and Defendant did inflict bodily injury upon Agent J.C. by biting his hand, all in violation of Title 18, United States Code, Section 111 (a)(1) & (b).

COUNT TWO
[19 U.S.C. § 1459(a)]

On or about January 18, 2021, in the Western District of Texas, the Defendant,

JOSE RAFAEL GOMEZ-DIAZ,

intentionally and knowingly entered the United States at a place not designated as a border crossing point, and did not immediately report said arrival and present himself and all articles in his possession for inspection, in violation of Title 19, United States Code, Section 1459(a).

A TRUE BILL.

ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____
HOLLY D. PAVLINSKI
Assistant United States Attorney

SEALED:
UNSEALED: XX

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>MAVERICK</u>         USAO#: <u>2021R00367</u>

DATE: <u>FEBRUARY 10, 2021</u>      MAG. CT. #: <u>DR21-0134M</u>

AUSA: <u>HOLLY D. PAVLINSKI</u>

DEFENDANT: <u>JOSE RAFAEL GOMEZ-DIAZ</u>

CITIZENSHIP: <u>HONDURAS</u>

INTERPRETER NEEDED: <u>YES</u>     LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: <u>CHARLES WAYNE KING</u>

ADDRESS OF ATTORNEY: <u>101 PARK STREET, SAN ANGELO, TEXAS 76901</u>

DEFENDANT IS: <u>DETAINED</u>      DATE OF ARREST: <u>JANUARY 18, 2021</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>COUNT 1: 18 U.S.C. § 111(a)(1) & (b) - Assaulting, Resisting or Impeding Certain Officers or Employees; COUNT 2: 19 U.S.C. § 1459(a) -- FAILURE TO COMPLY WITH REPORTING REQUIREMENTS.</u>

OFFENSE IS: <u>COUNT 1:</u> <u>FELONY; COUNT 2: MISDEMEANOR</u>

MAXIMUM SENTENCE: <u>COUNT 1: 20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT; COUNT 2: 12 MONTHS IMPRISONMENT, A $100,000 FINE, 5 YEARS PROBATION, AND A $25 SPECIAL ASSESSMENT.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>

W/DT-CR-3